```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eugene J. Davis,

                    Plaintiff,

-against-

City of New York et al.,

                    Defendants.

1:20-cv-03892 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The Court is in receipt of the September 16, 2020 Letter filed by Defendant City of New York (the "City"), indicating that, according to the New York City Department of Homeless Services, Plaintiff passed away on April 17, 2020. (Letter, ECF No. 20.) The Court construes this Letter as a "statement noting [ ] death." Fed. R. Civ. P. 25(a)(1).

      It is hereby Ordered that the City serve a copy of this Order, along with a copy of its September 16, 2020 Letter, upon all parties to this action in accordance with Federal Rule of Civil Procedure 25(a)(3), and also shall serve copies of these documents upon any known successors or representatives of Plaintiff. Thereafter, the City shall file proof of service on the docket.

**SO ORDERED.**

DATED:     New York, New York
              September 18, 2020

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge